IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO MEDRANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-02-2976 |
| | § | |
| TOMMY THOMAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING SUMMARY JUDGMENT

The defendants' motion for summary judgment, Docket No. 112, is denied.

SIGNED and ENTERED this _____ day of _____, 2005.

                                                  _____
                                                  Kenneth M. Hoyt
                                                  United States District Judge

- 1 -