IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIO ALBERTO MEDRANO,       :
TDCJ-ID #1086181,            :
    Plaintiff,               :
                             :
VS.                          :   CIVIL ACTION NO. H-02-2976
                             :
TOMMY THOMAS, ET AL.,        :
    Defendants.              :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

FRED PETRUSKA

AUGUST 9, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Allied
ADVANCED
REPORTING
INCORPORATED

1647 COLQUITT   HOUSTON, TEXAS   77006-5203

PH: 713.524.6777   FAX: 713.524.6888   TOLL FREE: 800.223.9409

EMAIL: AARI@ALLIEDADVANCEDREPORTING.COM

EXHIBIT 2

Fred Petruska                                                                                           8/9/2005

Page 77
1  radio that the suspects had arrived?
2      A   I probably did. Yeah. I'm sure I did. As soon
3  as they knocked on the door.
4      Q   Do you specifically recall whether you did that?
5      A   No, not specifically; but I'm sure I did.
6      Q   When was the first time that you saw Deputy
7  Gideon that day?
8          I'm sorry. That was -- obviously the first
9  time you saw him was at least at the briefing meeting or
10 before that.
11     A   Correct.
12     Q   After the briefing meeting, when was the next
13 time that you saw Deputy Gideon that day?
14     A   When he approached me in the parking lot.
15     Q   You didn't see him in Room 247?
16     A   Never.
17     Q   Do you recall or can you estimate how much time
18 went by between the first shots being fired and you and
19 Deputy Sams getting the cuffs on Mr. Medrano?
20     A   Minutes. I don't know. Seemed like an eternity,
21 but I'm sure it was just a matter of minutes.
22     Q   Do you know who else was in Room 247 at the time
23 when Mr. Medrano went -- when Mr. Medrano went limp?
24     A   Myself and Sams is the only -- and Medrano were
25 the only two. I'm sorry. The informant was in there, but

Page 78
1  I didn't see him. And Eddie was in there, and I didn't
2  see him either.
3      Q   Were Sergeant Miller and Officer Full in the room
4  at that point?
5      A   I ran back in the room. I remember Sergeant
6  Miller and Officer Full attending to Eddie giving him
7  first aid. I don't recall if it was the first time I ran
8  back in or the second time I ran back in. I'm wanting to
9  say it was the first time, before I handcuffed him; but I
10 don't recall.
11     Q   The second time that you went up to Room 247 --
12     A   Uh-huh.
13     Q   -- was that after you and the uniformed officer
14 put Mr. Medrano into the patrol car?
15     A   Correct.
16     Q   Was that immediately after you put Mr. Medrano
17 back in the patrol car?
18     A   Correct. I physically ran back to the room.
19     Q   I'm going to ask the reporter to mark this as
20 Exhibit 3 and then ask you if you can identify this
21 gentleman.
22         (Petruska Exhibit No. 3 marked.)
23     A   That's Mr. Medrano.
24     Q   (By Mr. Olson) Do you recall, sir, if this
25 picture was taken before or after you had placed him into

Page 79
1  the back of the patrol car?
2      A   It would have to have been after because nobody
3  was around him other than me and the uniformed patrol
4  officer when I put him in the back of the car.
5      Q   Do you recall whether or not Mr. Medrano had
6  blood on his face and his shirt when you put him in the
7  back of the patrol car?
8      A   Yes. I noticed it as soon as I picked him up off
9  the floor.
10     Q   You didn't know that Deputy Gideon was in
11 Room 247 when you were struggling with Mr. Medrano. Is
12 that right?
13     A   Correct.
14     Q   Did you ever ask anyone for help in subduing
15 Mr. Medrano?
16     A   Never.
17     Q   Did Deputy Sams have his pistol drawn the entire
18 time you were struggling with Mr. Medrano?
19     A   Honestly, I don't recall. I know he was helping
20 me try and subdue him. I know I stuck mine in my pocket.
21 What he did, I don't know. I don't recall.
22     Q   Do you recall Deputy Sams asking anyone for help
23 with Mr. Medrano?
24     A   No.
25     Q   Did Deputy Sams ask you for help with

Page 80
1  Mr. Medrano?
2      A   No.
3      Q   Do you recall seeing Officer Slot in Room 247?
4      A   Not at the time, no.
5      Q   Do you recall whether or not Officer Slot
6  followed you and Deputy Sams into Room 247?
7      A   Not at the time, no.
8      Q   Was Gary Bordelon still in Room 247 when you and
9  the uniformed officer took Mr. Medrano downstairs?
10     A   I honestly don't know. He would have to have
11 been. It was (snapping fingers). Instantaneous, I mean.
12 Cuffed him, picked him up, and walked him outside.
13     Q   Do you recall whether or not Mr. Bordelon was in
14 Room 247 when you got back from putting Mr. Medrano in the
15 patrol car?
16     A   I don't recall. All I was focused on was Eddie.
17 All I wanted to do is get back and see how Eddie was. By
18 then there was people everywhere. EMT's, detectives,
19 patrolmen.
20     Q   Do you recall whether or not you saw Mr. Bordelon
21 later that day?
22     A   I think I saw him at HPD later that day.
23     Q   Did you ever see him in Room 248 after all this
24 had transpired?
25     A   I don't believe so, no.

20 (Pages 77 to 80)

Allied Advanced Reporting, Inc.

713.524.6777

Fred Petruska                                                                 8/9/2005

Page 61

1  about the shots that Officer Slot was firing at Noe
2  Lopez -- what did you do next?
3     A   I entered the room.
4     Q   What's the next thing you remember after that?
5     A   Well, let me back up. I called Eddie's name
6  prior to entering the room. I called out "Eddie."
7     Q   What was the first thing you saw when you entered
8  the room?
9     A   All I could see was just the top of the beds. I
10 was still in a crouched position.
11    Q   Did you stand up?
12    A   Yes.
13    Q   What was the first thing you saw after you stood
14 up?
15    A   I stood up, and I scanned from left to right.
16 The next thing I saw was Mr. Medrano in the bathroom
17 hiding behind the wall.
18    Q   What did you do after you saw Mr. Medrano?
19    A   I pointed my pistol at Mr. Medrano, and I shouted
20 out commands. I kept yelling at him, "Hands, hands,
21 hands. Let me see your hands."
22    Q   What did Mr. Medrano do?
23    A   Mr. Medrano was hiding behind the wall with his
24 weapon in his right hand in the ready position like this
25 (indicating) peeking out behind the wall. He would peek

Page 62

1  out behind the wall, look at me, move back in, peek out
2  behind the wall, look at me, and move back in.
3     Q   When you say his weapon was in the ready
4  position, you mean he was --
5     A   Had his weapon in his right hand. It was pointed
6  upward. And his left hand was just like this (indicating)
7  on his wrist.
8     Q   His left hand was holding his right wrist?
9     A   Correct.
10    Q   Did he eventually leave the bathroom?
11    A   Yes.
12    Q   What did he do at that point?
13    A   He stepped out from behind the wall and started
14 to yell, "Don't shoot, don't shoot."
15    Q   Did you give him any additional commands?
16    A   Yes.
17    Q   And what did you tell him?
18    A   I kept yelling at him "hands" because he still
19 had the weapon in his hands when he stepped out from
20 behind the wall.
21    Q   What was the next thing that happened?
22    A   He dropped the weapon.
23    Q   After he dropped the weapon, what did you do?
24    A   I continued to yell at him to get down. He
25 didn't comply. So, with my left hand I motioned like this

Page 63

1  (indicating), "Down. Get down. Get down." And he just
2  stood there. He didn't comply.
3     Q   So we can get this on the record because we don't
4  have a videotape, when you say "like this," you're --
5     A   I'm holding my weapon in my right hand pointed at
6  Mr. Medrano giving him commands to get down, "down, down,
7  down." He's not complying. So, with my left arm and my
8  left hand, I'm motioning like this (indicating) "down.
9  Get down."
10    Q   Pointing at him and then sweeping your arm
11 towards the floor?
12    A   Correct, my left arm towards the floor motioning
13 for him to get down.
14    Q   Like I told you right at the beginning, we
15 have --
16    A   I understand.
17    Q   The only way we get to see this is to read it.
18    A   I understand.
19    Q   What did Mr. Medrano do after you told him to get
20 down?
21    A   He just stood there and looked at me.
22    Q   What did you do next?
23    A   I walked up to him. I approached him. I grabbed
24 him with my left hand; and I pulled him towards me and to
25 my left, pushed him on the edge of the bed quickly.

Page 64

1     Q   What was the next thing you remember happening
2  after that?
3     A   After that I remember Sams coming in the room;
4  and I motioned to Sams to take him, take him (indicating).
5  Sams then took Medrano, put his pistol in the back of his
6  head and told him not -- screamed at him "Not to move, not
7  to move, not to move." At that time I turned around and I
8  saw Eddie Roberts. Prior to that, I didn't see him. He
9  was in the bathroom where Medrano was hiding.
10    Q   After you saw Deputy Roberts, what did you do?
11    A   I looked at him. I tried to see if he was
12 breathing. He was covered with blood. His pistol was
13 still in his hand. I didn't see any motion in his chest
14 as far as breathing whatsoever. My next reaction is to
15 call for help. I reached down. I don't have a radio
16 because I didn't have time to grab one. I ran out of the
17 room back to my room next door, 248, grabbed a radio to
18 call for help.
19    Q   Was that the first time that anyone had announced
20 there was an officer down?
21    A   Yes. I did not make that announcement.
22    Q   Did you learn later that someone else had made
23 the --
24    A   As I entered the room, Deputy Craig Miller was
25 already on the radio putting out the assist requesting

16 (Pages 61 to 64)

Fred Petruska                                                8/9/2005

Page 65

1  help.
2  Q  At that point once you have gone back into
3  Room 248, do you know now where Deputy Oliver and Deputy
4  Moreno were?
5  A  No. No. As soon as I saw Craig Miller on the
6  radio, I knew that help was on the way. My next reaction
7  was to secure Mr. Medrano. So, I grabbed my handcuffs
8  from my bag and ran back into Room 247.
9  Q  Once you were back in room -- let me erase that.
10     What was the first thing you saw when you
11 got back to Room 247?
12 A  I saw Officer Craig Full and Sergeant Frank
13 Miller attending Deputy Roberts administering first aid,
14 at which time I jumped on Medrano's back and forced him to
15 the floor.
16 Q  Was Deputy Sams still covering Mr. Medrano at
17 that point?
18 A  Yes.
19 Q  Did he still have his pistol pointed at
20 Mr. Medrano?
21 A  Yes.
22 Q  Was Deputy Sams doing anything besides pointing
23 his pistol at Mr. Medrano?
24 A  When I entered the room, no. He was just
25 pointing his pistol in the back of his head screaming at

Page 66

1  him.
2  Q  Was he applying any pressure to Mr. Medrano to
3  keep him down on the bed or anything like that?
4  A  When I went back into the room with the cuffs in
5  my hand, I jumped on Mr. Medrano's back and forced him
6  down to the floor.
7  Q  Before you did that, did you observe whether or
8  not Deputy Sams had any pressure on Mr. Medrano or whether
9  he was holding --
10 A  I don't have any idea. I know he had his pistol
11 straight in his head. That's all I can recall.
12 Q  After you jumped on Mr. Medrano, what was the
13 next thing that you did?
14 A  I grabbed his left arm and began to fight with
15 him to get him handcuffed.
16 Q  Do you know what Deputy Sams was doing at that
17 point?
18 A  He was assisting me one way or another. I don't
19 know. Both of us were fighting with him to get the cuffs
20 on him. I managed to get the handcuff on his left arm.
21 Q  Did you still have your pistol drawn at that
22 time?
23 A  It was in my right pocket. My right pocket,
24 front pocket (indicating).
25 Q  Your pistol was in your right front pocket?

Page 67

1  A  Correct.
2  Q  Were you saying anything to Medrano at this
3  point?
4  A  "Give me your arms. Give me your hands. Hands.
5  Let me have your hands."
6  Q  Do you recall whether Deputy Sams was saying
7  anything at that point?
8  A  I don't recall.
9  Q  After you had gotten the cuff around his left
10 hand, what's the next thing that you remember happening?
11 A  I was pulling on his right -- on his right area
12 of his body, "Give me your hand. Give me your hand." He
13 had his right arm in a crunched position, I assume,
14 underneath his chest, underneath his body (indicating)
15 laying flat in a prone position on the floor. "Give me
16 your arm. Give me your arm."
17 Q  After you had yelled at him to give him your
18 (sic) arm, what's the next thing you remember happening?
19 A  He wouldn't comply. He kept his arm underneath
20 his chest. He started to come off the floor. He was
21 pushing himself off the floor with me on his -- physically
22 on his back. He started to push up off the floor -- come
23 up off the floor. I couldn't control him. The next thing
24 I know he went limp.
25 Q  Was Deputy Sams on Medrano's back at that point

Page 68

1  as well?
2  A  I assume he was. He was right there with me. We
3  were both scrambling fighting with him trying to get him
4  under control. I know I was physically on top of him.
5  Q  Do you recall about how large a gentleman you
6  were at the time?
7  A  Me?
8  Q  Yes.
9  A  I'm about the same as I am now, not quite as
10 muscular. I'm a little more muscular now than I was back
11 then.
12 Q  Just in terms of pure weight, do you recall how
13 large a gentleman you were at the time?
14 A  I think I weighed about 220.
15 Q  After Mr. Medrano went limp, what was the next
16 thing that happened?
17 A  Somebody handed me a set of Flex Cuffs.
18 Q  What did you do with the Flex Cuffs?
19 A  Took the Flex Cuffs, I put them on his right arm
20 and I attached it to the metal cuff and hooked them behind
21 his back.
22 Q  Did you attach it to the cuff that was already
23 around his left wrist or did you attach it to the free
24 cuff?
25 A  I attached it to the free cuff.

17 (Pages 65 to 68)

Allied Advanced Reporting, Inc.
                                                713.524.6777

Fred Petruska                                                                 8/9/2005

### Page 85

1  A  He was in the same position I had left him in.
2  Sams had his hand pulled back behind his back and his
3  pistol screwed in his head.
4  Q  What was it about him being in that position that
5  led you to believe that he was not under control?
6  A  He wasn't handcuffed and he wasn't secured and I
7  didn't shake him down for weapons.
8  Q  So, you wouldn't believe that he was under
9  control until he was handcuffed and had been searched for
10 weapons?
11 A  Correct.
12 Q  Do you know whether or not Deputy Sams had
13 ordered Mr. Medrano to the floor while you were out of the
14 room?
15 A  I don't know. I was only out of the room for a
16 matter of minutes.
17 Q  Was Mr. Medrano resisting Deputy Sams in any way
18 before you jumped on his back?
19     MR. GAMBILL: Calls for speculation.
20 A  I don't know.
21 Q  (By Mr. Olson) Did you observe Mr. Medrano
22 resisting Deputy Sams in any way before you jumped on his
23 back?
24 A  He wasn't complying with any of our commands.
25 What he did with Sams, I don't know. Like I said, I just

### Page 86

1  had Sams hold his arm and he screwed his pistol in the
2  back of his head till I came back. Did Sams order him to
3  the ground? I don't know.
4  Q  Did you observe him not comply with anything that
5  Deputy Sams told him to do?
6  A  No.
7  Q  Did you observe him resisting Deputy Sams?
8  A  No.
9  Q  Which commands before you jumped on his back was
10 he not complying with?
11 A  My initial command to get down on the ground.
12 Q  After you had Mr. Medrano kneeling down on the
13 bed --
14 A  Uh-huh.
15 Q  -- and before you jumped on his back --
16 A  Uh-huh.
17 Q  -- were there any commands of yours that he
18 disobeyed?
19 A  All of my commands.
20 Q  Which ones?
21 A  From the very beginning.
22 Q  I'm sorry. Just limiting it to when you had
23 gotten him down on his knees on the bed --
24 A  Uh-huh.
25 Q  -- and then when you returned and got him down to

### Page 87

1  the floor.
2  A  Uh-huh.
3  Q  Did you give him commands in that interval?
4  A  No.
5     MR. OLSON: Can we take about two minutes?
6     (Break.)
7     (Petruska Exhibit No. 4 marked.)
8  Q  (By Mr. Olson) Sir, this is -- what we've handed
9  you is what's just been marked as Exhibit 4. And I'll let
10 you know that this is a partial transcript of the
11 audiotape that was made of the incident on August 11th --
12 A  Okay.
13 Q  -- that was prepared by an audio analyst that our
14 firm hired.
15 A  Okay. I guess that's Mr. Barry G. Dickey.
16 Q  Yes, sir. That's the fellow.
17 A  Okay.
18 Q  And I would like to ask you, if you could, sir,
19 to follow along on the transcript as I play the audiotape
20 and then I'm going to ask you a few questions about this.
21 Is that all right?
22 A  Okay. Who is GI 1/2? Do you know?
23 Q  Well, that's one of the things that we are going
24 to ask you.
25 A  Okay.

### Page 88

1  Q  Is that all right?
2  A  Sure.
3     MR. SELBE: I think it's Gunman 1 and 2.
4     THE WITNESS: Is that what it is?
5     MS. WARD: Yeah.
6  Q  (By Mr. Olson) In the key on Page 4 we have
7  attempted to identify them as CI --
8  A  Oh, okay.
9  Q  -- confidential informant.
10 A  See, all you had to do is tell me to turn to
11 Page 4. I wouldn't have looked so stupid.
12 Q  All right, sir. If you could get back to Page 1
13 with me.
14 A  Okay. Go ahead.
15    (Audiotape playing.)
16 Q  (By Mr. Olson) Sir, would you agree with me that
17 the person labeled CI throughout the transcript is Gary
18 Bordelon?
19 A  Sounds like him.
20 Q  Did you recognize your voice anywhere on that
21 tape?
22 A  A few places, yeah. Mr. Lopez keeps yelling at
23 me "police officer" and I yell back, "We're police
24 officers."
25 Q  Sir, let me -- if you could look on Page 2 for

22 (Pages 85 to 88)

Allied Advanced Reporting, Inc.

713.524.6777